MARY LILLIS, as Administratrix, etc., Respondent, v. PENNSYLVANIA

---

* Consol. Laws, chap. 30 (Laws of 1909, chap. 35), § 115, as amd. by Laws of 1918, chap. 222.— [REP.

† See Consol. Laws, chap. 68 (Laws of 1917, chap. 624), as amd.— [REP.

RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.